THIS OPINION HAS NO PRECEDENTIAL VALUE.  IT SHOULD NOT BE 
 CITED OR RELIED ON AS PRECEDENT IN ANY PROCEEDING EXCEPT AS PROVIDED BY RULE 
 239(d)(2), SCACR.
THE STATE OF SOUTH CAROLINA
In The Court of Appeals

 
 
 
The State,       
Respondent,
 
 
 

v.

 
 
 
Derrick L. Brice,       
Appellant.
 
 
 

Appeal From York County
John C. Hayes, III, Circuit Court Judge

Unpublished Opinion No. 2005-UP-108
Submitted February 1, 2005  Filed February 
 11, 2005

AFFIRMED

 
 
 
Assistant Appellate Defender 
 Eleanor Duffy Cleary, of Columbia, for Appellant.
Attorney General Henry D. McMaster, Chief Deputy Attorney 
 General John W. McIntosh, Assistant Deputy Attorney General Salley W. Elliot, 
 Assistant Attorney General W. Rutledge Martin, all of Columbia;  and Solicitor 
 Thomas E. Pope, of York, for Respondent.
 
 
 

PER CURIAM: Derrick L. Brice appeals from his conviction for distribution 
 of crack cocaine arguing the trial court lacked subject matter jurisdiction 
 because the indictment failed to allege he knowingly distributed crack cocaine.  
 We affirm pursuant to Rule 220, SCACR, and the following authority:  State 
 v. Gill, 355 S.C. 234, 584 S.E.2d 432 (Ct. App. 2003) (finding the knowingly 
 element is not an essential element of distribution of crack cocaine and is 
 not required to be alleged in the indictment to confer subject matter jurisdiction).
HEARN, C.J., KITTREDGE and WILLIAMS, JJ., concur.